# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | | |
|---|---|---|
| AARON STERLING, ADC #118220 | * * * | |
| Plaintiff, | * | |
| v. | * | No. 4:20-cv-01178-JJV |
| | * | |
| DEXTER PAYNE, Director, ADC, *et al.* | * * * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Order entered today and the Court's prior Orders, it is considered, ordered, and adjudged that the Amended Complaint is DISMISSED, and this case is CLOSED. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 29th day of April 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE